UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJUAN BERNOUDY,<br><br>          Plaintiff,<br><br>     v.<br><br>ALAFA, ET AL, et al.,<br><br>          Defendants. | Case No. 25-cv-10177-LJC<br><br>**ORDER DENYING MOTION TO FILE BY MAIL**<br><br>Re: Dkt. No. 4 |

Plaintiff filed a motion to file his complaint by mail, stating that because he is an inmate he has no access to a computer. As the Clerk's notice informed plaintiff, Salinas Valley State Prison participates in the email filing program with this Court. In order to participate, you must present your case-initiating documents (complaint and motion for leave to proceed *in forma pauperis*) to designated staff at your facility, usually the librarian, for scanning and emailing to the Court. If plaintiff is not able to provide his complaint and motion for leave to proceed *in forma pauperis* to the designated staff at the prison, he should file another motion to file by mail and explain why he was unable to do so.

**IT IS SO ORDERED.**

Dated: January 13, 2026

LISA J. CISNEROS
United States Magistrate Judge