UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAJUAN BERNOUDY,

Plaintiff,

v.

ALAFA, ET AL, et al.,

Defendants.

Case No. 25-cv-10177-LJC

**ORDER OF TRANSFER**

Plaintiff Dajuan Bernoudy, a state prisoner currently incarcerated at Salinas Valley State Prison, has filed a civil rights action under 42 U.S.C. § 1983 alleging an excessive force incident that took place on September 24, 2025, at Kern Valley State Prison.

When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

The acts complained of in this complaint occurred in Kern County, which is located in the Eastern District of California. Defendants are also located in Kern County. Venue, therefore, lies properly in the Eastern District of California. *See* 28 U.S.C. § 1391(b).

//

//

//

//

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall terminate all motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: March 11, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2